81,117-04

Writ NO. WR- 81,117-01
Trial CASUE NO. 10- 4100-A

EX PARTE       X    Court Criminal Appeals
Torres #1681999   X    of Texas
    vs,       X    Austin, Texas
The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

## NOTICE OF OBJECTION

# TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Paul Torres, NO. 1681999 of the Texas Department of Criminal Justices, in Anderson County, Texas (Michael Unit), and hereby files this objection in trial cause NO. 10-4100-A.

Reason for objection is as follows:

### (1.)

Petitioner filed his application for habeas corpus 11.07, in January 3, 2014, to the 106th Judicial District Court of Gaines County, Texas.

Government officials of said court made No rulings, or findings of facts and conclusions on writ NO WR-81,117-01. Trial court NO. 10-4100-A.

Said court (106th District), then fowarded Petitioners writ 11.07 to The Court of Criminal Appeals of Texas.

i,e, ON 03/21/2014. Petitioner then filed a motion for Mandamus asking for The Court of Criminal Appeals of Texas, to compel the lower court, and in findings of facts and conclusions, ON 5/02/2014. ON June 11, 2014, Motion for Mandamus was denied with out written order.

ON 6/27/2014, Petitioner's resubmission of Mandamus was recieved by Court of Criminal Appeals of Texas, as an original application and marked as WR-81,117-03.

ON August 20, 2014, Said court again denied writ of Mandamus with out written order. WR-81,117-03

## (2.)

Petitioner hereby Objects to both Court's beining, The 106th Judicial District Court of Gaines Coenty, Texas, and The Court of Criminal Appeals of Texas, Austin, Texas for failure to notifiy Petitioner that, said writ had been Dismissed for Non-Compliant on April 2, 2014.

Petitioner was made aware of such desission On 10/20/2014, that beining Six (6) months later, and that was do to Petitioner's letter to Able Acosta Clerk for Court Criminol Appeals of Texas, which asked, "what was the Status on Petitioner's writ?"

This letter for update was sent on, Oct, 10, 2014, That was answerd on 10-20-2014, Non-Compliant.

## (3.)

Petitioner's application in cause NO. 10-4100-A, was never answered on the merits by way of Facts, and conclusion, or reconmendation to the Court of Criminal Appeals of Texas.

Petitioner's writ was dismissed because failure to file leave of court to exceed 50 page limit which is now made know on revised 11.02 form of 01-14-2014. Petitioner's application form was last revised on, September 1, 2011. New revised form Now shows such Rule on Line 7. TRAP 73. Petitioner's memorandom was over 50 pages, but the court's failed to address the 10 issues presented by nearly looking at petitioners memorandom's exceeded page's, and net on petitioner's claims on the application.

Although, Petitioner filed motion to get in to compliant, but was denied, then petitioner resubmitted application of same issues, but lesson his memorandom, writ was denied with out written order.

## ( 4 )

Conclusion, Petitioner's right to due process was ~~constant~~ constructively denied, and all Motions denied by both court's, and failing to properly notify petitioner of being out of compliant half a year later... Objection.

## (Prayer)

Wherefore, premises considered, Petitioner request for Re consideration of his habeas corpus, pursuant to Article 11.07 due to a state created impediment by the District Clerk's office of Gaines County, Texas, and Clerk Able Acosta, of the Court of Criminal Appeals of Texas.

Respectfully, Paul Torres
TDCJ# 1681999
Date 19, 2015

### ( Certificate of Service )

I Paul Torres, do hereby swear that all foregoing statements are true and correct to the best of my knowledge, and said Motion was sent to Court of Criminal Appeals of Texas, at P.O. Box 12308, Capitol Station, Austin, Texas 78711, on 3, 19, 2015.